Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                       Case No.: 18−16747−MBK
                                       Chapter: 13
                                       Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wendell E Barrett
   PO Box 123
   Williamswstown, NJ 08094

Social Security No.:
   xxx−xx−7708

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐     An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: February 24, 2020
JAN: pbf

                                                Jeanne Naughton
                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 18-16747-MBK
Wendell E Barrett                                              Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Feb 24, 2020
                              Form ID: cscnodsc        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db           +Wendell E Barrett,   PO Box 123,   Williamswstown, NJ 08094-0123
517437211     Bank of America,    Attn: Bankruptcy Department,   475 Cross Point Parkway,   PO Box 9000,
              Getzville, NY 14068-9000
517580814     Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
517437212    +Good Shepherd Penn Partners,   1800 Lombard Street,   Philadelphia, PA 19146-1414
517437214    +KML Law Group PC,   216 Haddon Ave, Suite 406,   Collingswood, NJ 08108-2812
517437216    +PSE&G,   PO Box 1444,   New Brunswick, NJ 08903-1444
517437215    +Penn Medicine,   PO BOX 824406,   Philadelphia, PA 19182-4406
517565554    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,   Division of Taxation,   Bankruptcy Section,
              PO Box 245,   Trenton, NJ 08695-0245)
517437220    +Virtua Health,   Po Box 8500-8267,   Philadelphia, PA 19178-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517437213     E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 00:25:25     IRS Department of Treasury,
              PO Box 7346,   Philadelphia, PA 19101-7346
517617424    +E-mail/Text: bankruptcy@pseg.com Feb 25 2020 00:24:55     PSE&G,   Attn: Bankruptcy,
              PO Box 490,   Cranford NJ 07016-0490
517437217    +E-mail/Text: bkrpt@retrievalmasters.com Feb 25 2020 00:26:03     RMCB Collection,
              4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-3835
517437219     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 25 2020 00:33:24     T-Mobile,
              PO Box 742596,   Cincinnati, OH 45274-2596
517451146    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2020 00:35:05     T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517437210     E-mail/Text: ebn@nemours.org Feb 25 2020 00:26:03     AtlanticCare,   2500 English Creek Rd,
              Building 700, Suite 702,   Egg Harbor Township, NJ 08234
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517437218*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,   Division of Taxation,   PO Box 245,
              Trenton, NJ 08695)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Joni L. Gray    on behalf of Debtor Wendell E Barrett joni@sjbankruptcylaw.com,
          jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
```

```
District/off: 0312-3                  User: admin                 Page 2 of 2                  Date Rcvd: Feb 24, 2020
                                      Form ID: cscnodsc           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                           TOTAL: 6